7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Benjamin Andrew Jones
*Debtor*

*Bankruptcy Case No.*
12–40690–can7

**Maureen Scully**
    Plaintiff(s)

*Adversary Case No.*
13–04084–can

v.

**Benjamin Andrew Jones**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the Plaintiff/Trustees Motion for Default Judgment is Granted and Defendant/Debtors discharge is REVOKED



Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 9/6/13

Court to serve